■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON L. WRIGHT, Also Known as EIGHT-BALL, Appellant. (Appeal No. 1.) [9 NYS3d 901]—Appeal from a judgment of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered January 24, 2012. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Carni, Sconiers, Valentino and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON L. WRIGHT, Also Known as EIGHT-BALL, Appellant. (Appeal No. 2.) [9 NYS3d 896]—Appeal from a judgment of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered January 24, 2012. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Carni, Sconiers, Valentino and Whalen, JJ.